BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

In re

BIG PICTURE LOANS LITIGATION

MDL No.

**MOTION FOR TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF
VIRGINIA AND FOR CONSOLIDATION PURSUANT TO 28 U.S.C. § 1407**

Lula Williams, Gloria Turnage, George Hengle, Dowin Coffy, and Felix Gillison, Jr.,
plaintiffs in *Williams v. Big Picture Loans*, *LLC*, U.S. District Court for the Eastern District of
Virginia Case No. 3:17-cv-461, and Renee Galloway, Dianne Turner, Earl Browne, Rose Marie
Buchert, Regina Nolte, Teresa Titus and Kevin Minor, plaintiffs in *Galloway v. Big Picture
Loans, LLC*, U.S. District Court for the Eastern District of Virginia Case No. 3:18-406, move for
an order for transfer and consolidation pursuant to 28 U.S.C. § 1407 of the civil actions listed in
the Schedule of Actions filed concurrently herewith.

For the reasons set forth in their accompanying memorandum, Plaintiffs respectfully
request that the Panel centralize the eight actions listed on the Schedule of Actions, as well as all
subsequently filed related actions, in the U.S. District Court for the Eastern District of Virginia
for coordinated or consolidated pretrial proceedings.

RESPECTFULLY SUBMITTED AND DATED this 7th day of June, 2019.

BERGER MONTAGUE PC

By: /s/ E. Michelle Drake
    E. Michelle Drake
    Email: emdrake@bm.net
    John G. Albanese
    Email: jalbanese@bm.net
    43 SE Main Street, Suite 505
    Minneapolis, Minnesota 55414
    Telephone: (612) 594-5999
    Facsimile: (612) 584-4470

    Leonard A. Bennett
    Email: lenbennett@clalegal.com
    Elizabeth W. Hanes
    Email: elizabeth@clalegal.com
    Craig C. Marchiando
    Email: craig@clalegal.com
    CONSUMER LITIGATION
      ASSOCIATES, P.C
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662

    Kristi C. Kelly
    Email: kkelly@kellyguzzo.com
    Andrew J. Guzzo
    Email: aguzzo@kellyguzzo.com
    Casey S. Nash
    Email: casey@kellyguzzo.com
    KELLY GUZZO, PLC
    3925 Chain Bridge Road, Suite 202
    Fairfax, Virginia 22030
    Telephone: (703) 424-7572
    Facsimile: (703) 591-0167

Beth E. Terrell
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email:  jmurray@terrellmarshall.com
Elizabeth A. Adams
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew Wessler
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Attorneys for Plaintiffs Lula Williams, Gloria Turnage, George Hengle, Dowin Coffy, Felix Gillison, Jr., Renee Galloway, Dianne Turner, Earl Browne, Rose Marie Buchert, Regina Nolte, Teresa Titus, Kevin Minor, Dominique de la Bay, Lori Fitzgerald, Andrea Scarborough, Burry Pough, Lisa Martinez, Sonji Grandy, Anastasia Sherman, Jerry Avent, Lucinda Gray, Anthony Green, Linda Madison, Derek Geter, Keisha Hamm, Faith Thomas, Sharon Paavo, and Latanya Tarleton*