UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BIG PICTURE LOANS, LLC, LITIGATION                              MDL No. 2906

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE SEPTEMBER 26, 2019, HEARING SESSION ORDER

    Before the Panel is a motion by plaintiffs Lula Williams, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions on the attached schedule in the United States District Court for the Eastern District of Virginia for coordinated or consolidated pretrial proceedings. The only responding parties supporting centralization were the Northern District of California plaintiffs, but they have since dismissed their action. Thus, no remaining responding party supports centralization. Two other actions on the motion, pending in the Northern District of Georgia and the Central District of California, also were dismissed. Movants now seek to withdraw their Section 1407 motion. Movants state that all plaintiffs in the remaining actions support the withdrawal.

    IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 15, 2019, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BIG PICTURE LOANS, LLC,
LITIGATION                                                                          MDL No. 2906

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 18−03476 | Cumming et al v. Big Picture Loans, LLC et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 18−03217 | McKoy et al v. Big Picture Loans, LLC et al |
| MASSACHUSETTS | | | |
| MA | 1 | 18−12277 | Duggan v. Big Picture Loans, LLC et al |
| OREGON | | | |
| OR | 3 | 18−01651 | Smith v. Big Picture Loans, LLC et al |
| VIRGINIA EASTERN | | | |
| VAE | 3 | 17−00461 | Williams et al v. Big Picture Loans, LLC et al |
| VAE | 3 | 18−00406 | Galloway et al v. Big Picture Loans, LLC et al |
| VAE | 3 | 19−00314 | Galloway et al v. Martorello et al |